Bankruptcy Case No. 14-36073-KLP
Adversary Proceeding Case No. 15-03001-KLP

## CERTIFICATE OF SERVICE

I, **Larry L. Miller** (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made **6/18/15 and 3/20/15** (date) by:

☒ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☒ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

See attached service list

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

**6/19/15**
Date

Signature

Print Name: Larry Miller / Miller Law Group, P.C.
Business Address: 1160 Pepsi Place, Suite 341
City: Charlottesville   State: VA   Zip: 22901

Bank of America  
31 West Patrick Street  
Frederick, MD 21701

Williams Mullen  
Attention: R. Brian Ball  
Attention: Paul S. Bliley  
P.O. BOX 1320  
Richmond, VA 23218

Bank of America  
Attention: Brian Moynihan  
Chairman of the Board & CEO  
100 North Tryon Street  
Charlotte, NC 28202





## Receipt 1

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

- Postage: $1.40
- Certified Fee: $3.30
- Return Receipt Fee (Endorsement Required): $2.70
- Restricted Delivery Fee (Endorsement Required): $0.00
- Total Postage & Fees: $7.40
- Postmark: 03/20/2015, 0906 08

Sent to: Green Tree Servicing, LLC, P.O. BOX 6154, Rapid City, SD 57709-6154

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Green Tree Servicing, LLC
   P.O. BOX 6154
   Rapid City, SD 57709-6154

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X (signed) MAR 24 2015 — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): James B___
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ■ Certified Mail ☐ Priority Mail Express ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7014 0510 0000 8098 9428

PS Form 3811, July 2013   Domestic Return Receipt

## Receipt 2

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

- Postage: $1.40
- Certified Fee: $3.30
- Return Receipt Fee: $2.70
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $7.40
- Postmark: 03/20/2015, 0906 08

Sent to: Green Tree Servicing, LLC, Registered Agent, CT Corporation, 4701 Cox Road, Ste.285, Glen Allen, VA 23060

**SENDER: COMPLETE THIS SECTION**
1. Article Addressed to:
   Green Tree Servicing, LLC
   Registered Agent
   CT Corporation
   4701 Cox Road, Ste.285
   Glen Allen, VA 23060

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X (signed) — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): (signed) GLEN ALLEN VA MAR 24 2015
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ■ Certified Mail ☐ Priority Mail Express ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7014 0510 0000 8098 9442

PS Form 3811, July 2013   Domestic Return Receipt

## Receipt 3

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

- Postage: $1.40
- Certified Fee: $3.30
- Return Receipt Fee: $2.70
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $7.40
- Postmark: 03/20/2015, 0906 08

Sent to: Green Tree Servicing, LLC, Attention: Bankruptcy, P.O. BOX 0049, Palatine, IL 60055-0049

**SENDER: COMPLETE THIS SECTION**
1. Article Addressed to:
   Green Tree Servicing, LLC
   Attention: Bankruptcy
   P.O. BOX 0049
   Palatine, IL 60055-0049

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Jose Velasquez — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Jose Velasquez — PALATINE IL USPS MAR 24 2015
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ■ Certified Mail ☐ Priority Mail Express ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7014 0510 0000 8098 9435

PS Form 3811, July 2013   Domestic Return Receipt

**Receipt 1 (Certified Mail Receipt)**

- Postage: $1.82
- Certified Fee: $3.30
- Return Receipt Fee: $2.70
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $7.82
- Postmark: 03/20/2015
- TEMPE, AZ 85283
- Article Number: 7014 0510 0000 8098 9411

Addressed to:
Green Tree Servicing, LLC
7360 S. Kyrene Road
Suite 101
Tempe, AZ 85283

Return Receipt (PS Form 3811):
- A. Signature: X GT Mail Room
- B. Received by (Printed Name): R Flores
- Service Type: Certified Mail
- Article Number: 7014 0510 0000 8098 9411

---

**Receipt 2 (Certified Mail Receipt)**

- Postage: $1.40
- Certified Fee: $3.30
- Return Receipt Fee: $2.70
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $7.40
- Postmark: 03/20/2015
- SAINT PAUL, MN 55102
- Article Number: 7014 0510 0000 8098 9459

Addressed to:
Green Tree Servicing, LLC
Principal Office
345 St. Peter Street
St. Paul, MN 55102

Return Receipt (PS Form 3811):
- A. Signature: X [illegible]
- B. Received by (Printed Name): [illegible]
- Postmark: RIVERVIEW STATION, MN — MAR 23 2015
- Service Type: Certified Mail
- Article Number: 7014 0510 0000 8098 9459